UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 12-317 |
| RONALD BREAUX | SECTION: "G"(5) |

**ORDER AND REASONS**

Before the Court is Defendant Ronald Breaux's "Motion By Next Friend Seeking Permission to Proceed Under Federal Rule of Civil Procedure 17(c)(2)."[1] After considering the pending motion, the memorandum in support, the record, and the applicable law, the Court will deny the pending motion.

Defendant Ronald Breaux ("Breaux" or "Defendant") was initially charged on December 13, 2012 by a 1-count Indictment for receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).[2] On June 14, 2013, the United States filed a 4-count Superseding Indictment against Breaux.[3]

In the 4-count Superseding Indictment, the United States charged Breaux with: Count 1- receipt of child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1); Count 2- distribution of child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1); Count 3- advertising of child pornography in violation of 18 U.S.C. §§ 2251(d)(1)(A) and (e); and Count 4- possession of child pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).[4]

On August 9, 2013, Breaux pled guilty to Count 2 of the Superseding Indictment pursuant

---

[1] Rec. Doc. 85.

[2] Indictment, Rec. Doc. 1 at pp. 1-2.

[3] Rec. Doc. 22.

[4] Superseding Indictment, Rec. Doc. 22 at pp. 1-3.

to a plea agreement with the United States, in which the United States agreed to dismiss the three remaining counts.[5] During Defendant's re-arraignment, the Court assessed Defendant's competency. Based on Defendant's own representations under oath, the Court finds that he is not incompetent within the meaning of Federal Rule of Civil Procedure 17(c)(2) as alleged. Accordingly,

Defendant's "Motion By Next Friend Seeking Permission to Proceed Under Federal Rule of Civil Procedure 17(c)(2)" is **DENIED.**

**NEW ORLEANS, LOUISIANA**, this __14th__ day of May, 2014.

                                                **NANNETTE JOLIVETTE BROWN**
                                                **UNITED STATES DISTRICT JUDGE**

---

[5] Rec. Doc. 67.